# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CORNELIUS WILSON

NO.   2020 KW 0404

**MAY 1 4 2020**

---

In Re:   Cornelius Wilson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-12-0408.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART.** The records of the East Baton Rouge Parish Clerk of Court Office reflect relator filed the "Motion for Bail; Pending Post Conviction Relief or Continuation of Bond; Setting New Recognizance Bond or Alternative" on April 20, 2020, and there has been no ruling on the motion.  Considering the above, and in accordance with the Louisiana Supreme Court's order issued April 6, 2020, deeming bond hearings as matters that should be handled expeditiously, the district court is ordered to rule on relator's "Motion for Bail; Pending Post Conviction Relief or Continuation of Bond; Setting New Recognizance Bond or Alternative" filed April 20, 2020, on or before May 28, 2020.  In regard to relator's "Writ to Consider a Patent Error/Review Error within the Record," the writ application is denied.  This pleading was filed here in the first instance and this court is a court of review.

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT